UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

John Ray,

Plaintiff,

v.

Restoration Technologies, Inc.,

Defendant.

Court File No. 00-716 JMR/FLN

**STIPULATION AND ORDER FOR DISMISSAL**

---

The parties, through their undersigned counsel, hereby Stipulate as follows:

The above-captioned matter has been resolved by the parties and may be dismissed, with prejudice, with no costs, disbursements or attorneys fees to either party.

IT IS SO STIPULATED:

Dated: January 22, 2001

Leslie L. Lienemann
Attorney at Law
8400 Lyndale Avenue South
Suite 7
Bloomington, MN 55420
(952)346-0619

ATTORNEY FOR PLAINTIFF

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 01 2001
DEPUTY CLERK

Dated: January 24, 2001

David W. Larson
Moss & Barnett
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 347-0300

ATTORNEY FOR DEFENDANT

IT IS SO ORDERED: Let judgment be entered accordingly.

Dated: January 31st, 2001

James M. Rosenbaum
Judge, U.S. District Court